McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED

Jun 04, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE  APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
| 2005 Gold Mercedes-Benz Convertible coupe with California license plate 5JLZ160 | 2:19-SW-0866-DB |
| 2002 Blue Chevy Avalanche four door pickup truck with California license plate 6T58075 | 2:19-SW-0867-DB |
| The Person of  Phil Roger WEGER | 2:19-SW-0868-DB |
| The Person of  Sharon Lee TEAGUE | 2:19-SW-0869-DB |
| The Person of Brad William HESSE | 2:19-SW-0870-DB |
| 13380 Brookwood Way, Lathrop, CA 95330. | 2:19-SW-0871-DB |
| 2007 Blue Ford Mustang with California license plate 6ACW665 | 2:19-SW-0872-DB |
| 1990 Black Toyota pickup with California license plate 88547P2 | 2:19-SW-0873-DB |
| 1998 White Ford F-150 with a black passenger door and black tailgate, with California license plate 5Z18368 | 2:19-SW-0874-DB |

/ / /

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT
AFFIDAVITS

1

1    Upon application of the United States of America and good cause having been shown,

2    IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

3  ordered unsealed.

4

5  Dated:  June 4, 2020 _____

6                                                The Honorable Edmund F. Brennan
                                                  UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT                 2
AFFIDAVITS